UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMED AL-KUBAISI,<br>Plaintiff,<br>v.<br>AUTOZONE, INC.,<br>Defendant. | Case No. 26-cv-02339-AGT<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff served the complaint upon Defendant on March 25, 2026. Dkt. 8. Defendant answered on April 10, 2026. Dkt. 11.

Pursuant to the operative scheduling order, the last day for the parties and counsel to hold a joint site inspection was sixty days after the service of the complaint, or May 25, 2026. *See* dkt. 5.

Within thirty-five days of the site inspection, by July 1, 2026, at the latest, the parties were required to meet and confer in person to discuss settlement. *See id.*

Then, within forty-two days of the joint site inspection or settlement meeting, the parties needed to either file a notice of need for mediation or a notice of settlement. *See id.* That date appears to be August 12, 2026. The parties have not filed any such notice.

Accordingly, the Court now issues this order to show cause. By **September 25, 2026**, Plaintiff must show cause why the undersigned should not (i) seek transfer of this matter to

a district court judge and (ii) recommend dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: September 11, 2026

Alex G. Tse
United States Magistrate Judge